(21 Misc. Rep. 407.)

SIEFKE v. SIEFKE.

(Supreme Court, Trial Term, New York County. October, 1897.)

NOTICE OF TRIAL—TIME OF FILING NOTE OF ISSUE.
　　Where no note of issue is filed at the term for which the cause is noticed for trial, the case will be stricken from the calendar.

Action by Henry Siefke against Herman Siefke. Motion to strike cause from calendar. Granted.

William Allen, for the motion.
George W. McAdam, opposed.

GILDERSLEEVE, J. The motion is made to strike the cause from the calendar for the reason that the notice of trial was served for the June term of 1895, whereas the note of issue was not filed until March 21, 1896, some nine months after the commencement of that term. As no note of issue was filed for the term for which the cause was noticed for trial, the notice was ineffectual, and the motion must be granted. See Gowing v. Levy (Sup.) 17 N. Y. Supp. 771; also Nationalizing Carbonating Co. v. Standard Aerating Co. (Oct. 27, 1896) 47 N. Y. Supp. 1016.

Motion granted.